# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:21-CV-00068-KDB-DSC

| | |
|---|---|
| **ROSALIND RICHMOND,** | )<br>) |
| **Plaintiff,** | )<br>) |
| **v.** | )     **ORDER**<br>) |
| **MEDICREDIT INC.,** | )<br>) |
| **Defendant.** | ) |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Ryan C. Hardy]" (document # 14) filed August 6, 2021. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Kenneth D. Bell.

**SO ORDERED**.

Signed: August 6, 2021

_____
David S. Cayer
United States Magistrate Judge