UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

Rosalind Richmond,
        Plaintiff,

        v.                              CASE NO.: **5:21-cv-68**

Medicredit, Inc.
        Defendant.
_____/

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, Rosalind Richmond, and Defendant, Medicredit, Inc., in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that Defendant, Medicredit, Inc., is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** November 16, 2022

| For Plaintiff Rosalind Richmond | For Defendant Medicredit, Inc. |
|---|---|
| */s/ Tamir Saland*<br>Tamir Saland<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>201-282-6500<br>tsaland@steinsakslegal.com | */s/ Ryan Christopher Hardy*<br>Ryan Christopher Hardy<br>Spencer Fane LLP<br>1 North Brentwood Blvd Suite 1000<br>Saint Louis, MO 63105<br>314-863-7733<br>rhardy@spencerfane.com |
| | |

1

## CERTIFICATE OF SERVICE

I certify that on November 16, 2022, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Tamir Saland*
Tamir Saland
*Attorneys for Plaintiff*
